16041.    TUCKER *v.* THE STATE.

BROYLES, C. J.  The amendment to the motion for a new trial was dis approved by the court; the verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 15, 1925.

Conviction of assault with intent to rape; from Wilkes superior court—Judge Shurley.  October 10, 1924.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.